# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**TYRESE T. BURDEAU,**<br><br>Defendant. | PO-22-05082-GF-JTJ<br>PO-22-05083-GF-JTJ<br><br>VIOLATIONS:<br>E1384380<br>E1384381<br>E1384382<br>Location Code: M13<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the defendant shall pay a total fine amount of $250 ($95 fine and $30 processing fee each) for violation numbers E1384381 and E1384382.  The total fine amount will be paid in full on or before September 20, 2023.  Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

**IT IS ALSO ORDERED** that violation number E1384380 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance in the above captioned matter, currently scheduled for September 30, 2022, is **VACATED**.

DATED this  20th  day of September, 2022.

John Johnston
United States Magistrate Judge